

Sandra A. Crawshaw-Sparks
Member of the Firm
d +1.212.969.3915
f 212.969.2900
scrawshaw@proskauer.com
www.proskauer.com

July 13, 2020

*<u>Via ECF</u>*

Honorable Rachel P. Kovner, United States District Judge
Honorable Steven M. Gold, United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Panos et al., v. Live Nation Worldwide, Inc. et al.*, 1:20-cv-01437-RPK-SMG

Dear Judge Kovner and Judge Gold:

The parties jointly write to advise the Court that, today, they reached a settlement in principle of this matter, and are in the process of finalizing a settlement agreement.

In light of the settlement, the pending discovery dispute set for hearing before Judge Gold tomorrow, July 14 at 10:00 a.m., is moot. The parties respectfully request that the Court adjourn the hearing, and that all other deadlines in this matter (including the July 22, 2020 deadline for Defendants to move to compel arbitration or dismiss the complaint) be continued for 30 days while the parties finalize their agreement.


Respectfully Submitted,


<u>/s/ *Marcus Corwin*</u>          <u>/s/ *Sandra A. Crawshaw-Sparks*</u>

Marcus Corwin             Sandra A. Crawshaw-Sparks

Counsel for Plaintiffs          Counsel for Defendants



cc: Counsel of Record (via ECF)